I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1.14.13

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUEL DISHON HULBERT,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN McDONALD,<br><br>    Respondent. | ) Case No. CV 11-9266-PSG (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. Despite Petitioner's having been granted three extensions of time to file objections, totaling approximately two and a half months, no objections to the Report and Recommendation have been filed. The last granted extension required Petitioner to file his objections no later than December 19, 2012, but to date he has filed neither another extension request nor his objections. Thus, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: January 11, 2013

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE